IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBBOE SOLIS, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | Case No. __3:22-cv-575__ |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION | § | |
| AS LEGAL TRUST TRUSTEE FOR | § | |
| TRUMAN 2016 SC6 TITLE TRUST, and | § | |
| RUSHMORE LOAN MANAGEMENT | § | |
| SERVICES, LLC, | § | |
| | § | |
| **Defendants.** | § | |

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 81.1(a)(4)(D), Defendants U.S. Bank National Association as Legal Trust Trustee for Truman 2016 SC6 Title Trust and Rushmore Loan Management Services LLC (collectively, "Defendants") file their Certificate of Interested Persons and state that the following person and entities may have a financial interest in the outcome of this litigation:

1. Plaintiff Debbie Solis;

2. Defendant U.S. Bank National Association as Legal Trust Trustee for Truman 2016 SC6 Title Trust; and

3. Rushmore Loan Management Services LLC.

Defendants reserve the right to supplement and/or amend this certificate as necessary.

Respectfully submitted,

/s/ Jason L. Sanders

**Jason L. Sanders**
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
  (214) 775-0631 Direct
  (214) 499-7709 Cell
**Caroline E. Allen**
  State Bar No. 24121320
  callen@sanderscollins.com
  (214) 775-0635 Direct
  (575) 808-3206 Cell
SANDERS COLLINS PLLC
325 N. St. Paul St., Suite 3100
Dallas, Texas  75201
Main Telephone:  (214) 775-0630
Facsimile:  (214) 242-3004
www.sanderscollins.com

**ATTORNEY FOR DEFENDANTS
U.S. BANK NATIONAL ASSOCIATION
AS LEGAL TRUST TRUSTEE FOR
TRUMAN 2016 SC6 TITLE TRUST, and
RUSHMORE LOAN MANAGEMENT
SERVICES LLC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on this 10th day of March, 2022 to:

Robert C. Newark, III
  office@newarkfirm.com
A Newark Firm
1341W. Mockingbird Lane, Suite 600W
Dallas, Texas  75247
Telephone:  (866) 230-7236
Facsimile:  (888) 316-3398
*Attorney for Plaintiff*

/s/ Jason L. Sanders
Jason L. Sanders

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS – Page 2**