**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEBBIE SOLIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Case No.** __3:22-cv-575__ |
| | § | |
| **U.S. BANK NATIONAL ASSOCIATION** | § | |
| **AS LEGAL TRUST TRUSTEE FOR** | § | |
| **TRUMAN 2016 SC6 TITLE TRUST, and** | § | |
| **RUSHMORE LOAN MANAGEMENT** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants U.S. Bank National Association as Legal Trust Trustee for Truman 2016 SC6 Title Trust (U.S. Bank National Association ("U.S. Bank, N.A.") and Rushmore Loan Management Services LLC ("Rushmore") file this Corporate Disclosure Statement.

U.S. Bank, N.A. is a wholly-owned subsidiary of U.S. Bancorp, which is a publicly-traded company. No publicly held company other than U.S. Bancorp owns 10% or more of its stock.

Roosevelt Management Company, LLC holds 100% of the ownership interest in Rushmore. No publicly held company owns 10% or more of Rushmore's stock.

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – Page 1**

Respectfully submitted,

/s/ Jason L. Sanders

**Jason L. Sanders**
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
  (214) 775-0631 Direct
  (214) 499-7709 Cell
**Caroline E. Allen**
  State Bar No. 24121320
  callen@sanderscollins.com
  (214) 775-0635 Direct
  (575) 808-3206 Cell
SANDERS COLLINS PLLC
325 N. St. Paul St., Suite 3100
Dallas, Texas  75201
Main Telephone:  (214) 775-0630
Facsimile:  (214) 242-3004
www.sanderscollins.com

**ATTORNEY FOR DEFENDANTS**
**U.S. BANK NATIONAL ASSOCIATION**
**AS LEGAL TRUST TRUSTEE FOR**
**TRUMAN 2016 SC6 TITLE TRUST, and**
**RUSHMORE LOAN MANAGEMENT**
**SERVICES LLC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on this 10th day of March, 2022 to:

Robert C. Newark, III
  office@newarkfirm.com
A Newark Firm
1341W. Mockingbird Lane, Suite 600W
Dallas, Texas  75247
Telephone:  (866) 230-7236
Facsimile:  (888) 316-3398
*Attorney for Plaintiff*

/s/ Jason L. Sanders

Jason L. Sanders

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – Page 2**