**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DEBBIE SOLIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Case No. 3:22-cv-575** |
| | § | |
| **U.S. BANK NATIONAL ASSOCIATION** | § | |
| **AS LEGAL TRUST TRUSTEE FOR** | § | |
| **TRUMAN 2016 SC6 TITLE TRUST, and** | § | |
| **RUSHMORE LOAN MANAGEMENT** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**AMENDED CERTIFICATE OF SERVICE FOR DEFENDANTS' NOTICE**
**OF REMOVAL, DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS,**
**AND DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendants U.S. Bank National Association as Legal Trust Trustee for Truman 2016 SC6 Title Trust and Rushmore Loan Management Services LLC file their Amended Certificate of Service for Defendants' Notice of Removal (Doc. 1), Defendants' Certificate of Interested Persons (Doc. 2), and Defendants' Corporate Disclosure Statement (Doc. 3) and respectfully show the Court as follows:

<u>**AMENDED CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of Defendants' Notice of Removal, Defendants' Certificate of Interested Persons, and Defendants' Corporate Disclosure Statement were served upon Mr. Robert C. Newark, III, Counsel for Plaintiff, by email pursuant to the Federal Rules of Civil Procedure on this 10th day of March, 2022 as follows:

AMENDED CERTIFICATE OF SERVICE FOR DEFENDANTS' NOTICE
OF REMOVAL, DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS,
AND DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – Page 1

Robert C. Newark, III
  office@newarkfirm.com
  robert@newarkfirm.com
A Newark Firm
1341 W. Mockingbird Lane, Ste 600W
Dallas, Texas  75247
Telephone: (866) 230-7236
Facsimile: (888) 316-3398

/s/ Jason L. Sanders

Counsel for Defendants


Respectfully submitted,


/s/ Jason L. Sanders

**Jason L. Sanders**
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
  (214) 775-0631 Direct
  (214) 499-7709 Cell
**Caroline E. Allen**
  State Bar No. 24121320
  callen@sanderscollins.com
  (214) 775-0635 Direct
  (575) 808-3206 Cell
SANDERS COLLINS PLLC
325 N. St. Paul St., Suite 3100
Dallas, Texas  75201
Main Telephone:  (214) 775-0630
Facsimile:  (214) 242-3004
www.sanderscollins.com

**ATTORNEYS FOR DEFENDANTS**
**U.S. BANK NATIONAL ASSOCIATION**
**AS LEGAL TRUST TRUSTEE FOR**
**TRUMAN 2016 SC6 TITLE TRUST, and**
**RUSHMORE LOAN MANAGEMENT**
**SERVICES LLC**

**AMENDED CERTIFICATE OF SERVICE FOR DEFENDANTS' NOTICE**
**OF REMOVAL, DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS,**
**AND DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – Page 2**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon Mr. Robert C. Newark, III, Counsel for Plaintiff, by email pursuant to the Federal Rules of Civil Procedure on this 10th day of March, 2022 as follows:

Robert C. Newark, III
  office@newarkfirm.com
  robert@newarkfirm.com
A Newark Firm
1341 W. Mockingbird Lane, Ste 600W
Dallas, Texas 75247
Telephone: (866) 230-7236
Facsimile: (888) 316-3398
***Counsel for Plaintiff***

/s/ Jason L. Sanders

Counsel for Defendants

**AMENDED CERTIFICATE OF SERVICE FOR DEFENDANTS' NOTICE OF REMOVAL, DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS, AND DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – Page 3**