# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DEBBIE SOLIS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-575-S-BT |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TRUST TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, and RUSHMORE LOAN MANAGEMENT SERVICES, LLC | § § § § § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 13. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Defendants' Motion for Judgment on the Pleadings and Brief in Support [ECF No. 11].

**SO ORDERED.**

SIGNED November 9, 2022.

_____
UNITED STATES DISTRICT JUDGE